LAW OFFICES OF
# SCOTT G. CERBIN, PLLC

26 COURT STREET, SUITE 810
BROOKLYN, NEW YORK 11242

DAVID S. JACOBS
JAY D. COHEN

OF COUNSEL

TEL: (718) 596-1829
FAX: (718) 228-4612

WWW.CERBINLAW.COM

March 23, 2012

*Via ECF*
Magistrate Judge James Orenstein
United State District Court, EDNY
225 Cadman Plaza East
Brooklyn NY 11201

**Re:**   Akinmide Johnson et al. v. The City of New York, et al.
11 CV 0828 (NGG) (JO)

Dear Judge Orenstein:

I am counsel for the Plaintiffs. I write to notify the Court that this matter has settled and thus I am withdrawing Plaintiff's motion to strike and the conference now scheduled for Monday, March 26, 2012 is rendered moot.

Respectfully submitted,

Scott G. Cerbin

Cc:   Virginia Nimick, Esq.
Via ECF